1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Thia Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| THIA BROWN | Federal Case No.: 5:17-CV-04087-BLF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Thia Brown and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

| | |
|---|---|
| DATED:  November 21, 2017 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Thia Brown |
| | |
| DATED:  November 21, 2017 | Nokes & Quinn |
| | |
| | By: _/s/ Thomas P. Quinn, Jr._ |
| | Thomas P. Quinn, Jr. |
| | Attorneys for Defendant |
| | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: Þ[ ç^{ à^¦Á G FÊÁG€ FÏ        _____
BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE